UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Jerry Lewis Dedrick, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1279 |
| ) | |
| United States Sentencing Commission, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's motion for a preliminary injunction, construed as a complaint, and his application to proceed *in forma pauperis*. The application will be granted and the complaint dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff is a prisoner at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*. He seeks an order to compel the United States Sentencing Commission to act on his administrative tort claim forwarded to that agency on March 18, 2008. *See* Compl. Attachment. This Court lacks subject matter jurisdiction over unexhausted claims brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 *et seq*. To maintain an FTCA claim, plaintiff must "first present the claim to the appropriate Federal agency and [have] his claim . . . finally denied by the agency in writing " or wait six months without having received an agency disposition. 28 U.S.C. § 2675. Neither requirement is satisfied here. Because the FTCA's exhaustion requirement is jurisdictional, *GAF Corp. v. United States*, 818 F.2d 901, 917-20 (D.C. Cir. 1987); *Jackson v. United States*, 730 F.2d 808, 809 (D.C. Cir. 1984); *Stokes v. U.S. Postal Service*, 937 F. Supp. 11, 14 (D.D.C. 1996), the complaint must be dismissed. *See*

*Abdurrahman v. Engstrom*, 168 Fed.Appx. 445, 445 (D.C. Cir. 2005) (per curiam) ("[T]he district court properly dismissed case [based on unexhausted FTCA claim] for lack of subject matter jurisdiction."). A separate Order accompanies this Memorandum Opinion.

Date: July 15, 2008

United States District Judge